IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-M-1141

HIGH VIEW HOMES, LLC,

        Plaintiff,

v.

INVESTORS INSURANCE COMPANY OF AMERICA and
EVANSTON INSURANCE COMPANY,

        Defendants.

## ORDER FOR DISMISSAL

Upon considering the Stipulation for Dismissal with Prejudice, filed August 10, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own fees and costs.

Dated: August 10, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge